**DISMISS; Opinion issued February 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

**HELEN CLARK, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04514-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By postcard dated October 5, 2012, we notified appellant the $175 filing fee was due.

We cautioned appellant that failure to pay the filing fee within ten days would result in the

dismissal of this appeal. To date, appellant has not paid the filing fee.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121366F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

HELEN CLARK, Appellant

No. 05-12-01366-CV     V.

THE BANK OF NEW YORK MELLON,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-04514-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE BANK OF NEW YORK MELLON, recover its costs of this appeal from appellant HELEN CLARK.

Judgment entered February 20, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE